IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: February 19, 2010



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00940/

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael R. Calvert and Julie E. Calvert<br>     Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>     Movant,<br>  vs.<br><br>Michael R. Calvert and Julie E. Calvert, Debtors,<br>Constantino Flores, Trustee.<br><br>     Respondents. | No. 2:10-bk-00186-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 22, 2008 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Michael R. Calvert and Julie E. Calvert have an interest in, further described as:

> All that certain lot or parcel of land situate in the County of Maricopa, State of Arizona, and being more particularly described as follows:
>
> BEING KNOWN AND DESIGNATED as Lot 34, Veramonte Parcel 1, according to Book 688 of Maps, Page 28, Records of Maricopa County, Arizona.
>
> THE IMPROVEMENTS THEREON BEING KNOWN AS 14215 WEST DAHLIA DRIVE, SURPRISE, AZ 85379.
>
> BEING the same property conveyed by deed dated October 25, 2006 from Richmond American Homes of Arizona, Inc. to Michael R. Calvert and Julie E. Calvert and recorded in the Office of the Recorder of Deeds for Maricopa County on November 2, 2006 at Instrument #20061450973.
>
> Lot 34, VERAMONTE PARCEL 1, according to Book 688 of Maps, Page 28, Records of Maricopa County, Arizona;
>
> EXCEPT all minerals, ores and metals of every kind of character and all coal, asphaltum, oil, gases, fertilizers, fossils and other like substances in or under said land as reserved in Patent to said land.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT